83,151-01

WR-83,151-01

EX PARTE § IN THE COURT OF CRIMINAL APPEALS

§

§

SHANE MATTHEW NETTLES § AUSTIN TEXAS

## NOTICE OF CORRECT ADDRESS

On 5-5-2015 I received notice that my 11.07 Writ was received by the court
on 4-20-2015.The Notice was sent to the wrong address and as a result took
15 days to receive.Please note the correct address is (8500 N. FM 3053) so
I may avoid any failure to timely file.Thank you for your time in this matter.

CORRECT ADDRESS

Shane nettles #1566038
BMCC
8500 N. FM 3053
Overton Texas, 75684

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

MAY 1 1 2015

Abel Acosta, Clerk

May 5,2015

_____
Respectfully Submitted

CC: